IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** West, Butch A | Case Number: 05 B 05707 |
| West, Morena L | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 2/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: December 11, 2008
Confirmed:  April 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 30,702.00 | |
| Secured: | | 17,496.67 |
| Unsecured: | | 9,501.07 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,552.75 |
| Other Funds: | | 951.51 |
| Totals: | 30,702.00 | 30,702.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James A Young | Administrative | 1,200.00 | 1,200.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Charter One Bank | Secured | 0.00 | 0.00 |
| 4. | Midland Mortgage Company | Secured | 17,496.67 | 17,496.67 |
| 5. | Nicor Gas | Unsecured | 174.68 | 698.72 |
| 6. | St Alexius Medical Center | Unsecured | 387.20 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 274.19 | 1,096.76 |
| 8. | Resurgent Capital Services | Unsecured | 110.64 | 442.55 |
| 9. | National Capital Management | Unsecured | 551.23 | 2,204.93 |
| 10. | St Alexius Medical Center | Unsecured | 1,392.07 | 5,058.11 |
| 11. | SBC | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Benefit Adminstrative Systems | Unsecured | | No Claim Filed |
| 15. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 16. | Cub Foods | Unsecured | | No Claim Filed |
| 17. | Bank One | Unsecured | | No Claim Filed |
| 18. | Providian Bancorp | Unsecured | | No Claim Filed |
| 19. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 20. | Financial Claims Inc | Unsecured | | No Claim Filed |
| 21. | Hoffman ER Physicians | Unsecured | | No Claim Filed |
| 22. | Cub Foods | Unsecured | | No Claim Filed |
| 23. | Hollywood Video | Unsecured | | No Claim Filed |
| 24. | Midland Credit Management | Unsecured | | No Claim Filed |
| 25. | Hoffman ER Physicians | Unsecured | | No Claim Filed |
| 26. | Neopath SC | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | West, Butch A | Case Number: 05 B 05707 |
|---|---|---|
| | West, Morena L | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 2/18/05 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. | Providian Bank | Unsecured | | No Claim Filed |
| 30. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 31. | RCW Ltd | Unsecured | | No Claim Filed |
| 32. | Radiological Consultants | Unsecured | | No Claim Filed |
| 33. | Samuel Schwartz MD | Unsecured | | No Claim Filed |
| 34. | Radiological Consultants | Unsecured | | No Claim Filed |
| 35. | TCF Bank | Unsecured | | No Claim Filed |
| 36. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 37. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 38. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 39. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 21,586.68 | $ 28,197.74 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 77.04 |
| 3% | 58.86 |
| 5.5% | 359.70 |
| 5% | 98.10 |
| 4.8% | 204.04 |
| 5.4% | 476.75 |
| 6.5% | 276.32 |
| 6.6% | 1.94 |
| | $ 1,552.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

